IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TRUMAINE ARRINGTON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **2:04-CV-2335-VEH** |
| | ) | |
| **JAMES DELOACH, Warden;** | ) | |
| **ATTORNEY GENERAL FOR** | ) | |
| **THE STATE OF ALABAMA,** | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on August 1, 2006 recommending that the petition for writ of habeas corpus be denied. On August 15, 2006 petitioner's motion for extension of time to file objections was granted. Petitioner filed objections to the findings and recommendation on August 29, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DENIED**. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 31st day of August, 2006.

**VIRGINIA EMERSON HOPKINS**
United States District Judge